**EXHIBIT 1**



# Advantage Micro Corporation

August 2, 2012

Law Offices of Armand Salese
1717 N Tucson Blvd
Tucson, AZ 85716

Re: JRS Wealth Management Group

Dear Armand,

I wanted to make sure you were aware of the issue with the Goldmine database at JRS Wealth Management Group. I was actually one of the engineers that installed and configured the network and computer systems at JRS. I am familiar with Goldmine, and had configured their Goldmine server to be available to all the users on their internal network. I am in my 37th year as a computer technician, in Tucson AZ, in the same company, with many of my original clients.

Jim Stark at JRS provided me with a CD containing his Goldmine database. I was asked to evaluate the usability of that database. It was immediately obvious that their Goldmine database had become corrupted, and the CD contained (156) 10MB files named "Unallocated_Space.001.htm" through "Unallocated_Space.156.htm" In some of these files were pieces of sporadic data interlaced with large portions of random code. Some pieces of random data were readable, when viewing as a text file, but no usable or decipherable records will ever come from this data. Having spent numerous hours on this project, I have come to the conclusion that the data provided here is a total loss.

Jim Stark at JRS then provided a Kingston USB flash drive that contained his Goldmine database. I was asked to evaluate the usability of that database. It was immediately obvious that their Goldmine database had become corrupted, and the USB drive contained 3925 files (2k to 27,784k) that appeared to be captured lost clusters from a corrupted hard disk (the directory was named FOUND.000). In that directory were 3925 files, named FILE0000.CHK through FILE3924.CHK. In some of these files were pieces of sporadic data interlaced with large portions of random code. Some pieces of random data were readable, when viewing as a text file, but no usable or decipherable records will ever come from this data. Having spent numerous hours on this 2nd project, I have come to the conclusion that this data provided a 2nd time, in a different format, is a total loss.

NOTE: This Goldmine database, and the Goldmine program at JRS was not the standard versions I remember that the program had been highly customized to accommodate larger / additional fields to facilitate their drip marketing program, including personal interests, investment interests, birthday / anniversaries, all contact data, notes, dates, etc. I would estimate a minimum of $10,000 of programming costs alone.

If you have any questions, please feel free to contact me at (520) 290-0595 Wk.

Sincerely,

J.R. Guthrie, President
Advantage Micro Corp

150 S. Camino Seco, #118 • Tucson, Arizona 85710 • (520) 290-0595

**EXHIBIT 2**



5/24/2012

James H. Stark, CFP, CIMA
JRS Wealth Management Group
1610 E. River Road, Suite 116
Tucson, AZ 85718

Dear James,

I had two of my developers independently review the data given to you by UBS. Both of them said that while the files do contain text the data is not usable in any meaningful way. First rather than one database there are 156 individual files that would need to be searched. Next as the UBS attorneys at Debevoise & Plimpton LLP state in their letter dated May 18, 2012 each file contains random characters however, these random characters are not in a delimited format so as to be able to separate out the individual fields. Thus the data cannot be imported into a program such as Microsoft Excel or Access. The data also has no headers and there is no apparent organization of the text so it is unclear record the text belongs to. It is in my professional opinion that what was delivered to you is unusable and would not satisfy the Panel's order to deliver the data.

Sincerely,

Sean Oseran

**INTEGRATED**
3108 N. Swan Rd.
Tucson, AZ 85712
**520.877.3033 Tucson**
**602.577.3033 Phoenix**
**520.907.1436 Cell**
soseran@integratedaxis.com

**EXHIBIT 3**



7/11/2012

James H. Stark, CFP, CIMA
JRS Wealth Management Group
1610 E. River Road, Suite 116
Tucson, AZ 85718

Dear James,

I had one of my engineers look at the USB thumb drive to see if there was any usable goldmine data on it. My engineer reported back that there is no goldmine data on the drive. There are some documents that might have been linked to goldmine contacts but that is about it. There is no data on the drive that can be used to recreate the database of information you want. If I can be of any further assistance please let me know.

Sincerely,

Sean Oseran

**INTEGRATED**
3108 N. Swan Rd.
Tucson, AZ 85712
**520.877.3033 Tucson**
**602.577.3033 Phoenix**
**520.907.1436 Cell**
soseran@integratedaxis.com

**EXHIBIT 4**

# *Stark v. UBS Financial Services Inc.*

# FINRA Dispute Resolution No. 10-00820

## Hearing Transcripts

## February 13, 14, 15, 16, 2012

3

Page 597

1   Q   And you didn't repay it at that time?
2   A   I did not repay the amount they requested.
3   Q   You didn't repay any amount?
4   A   I did repay the strategic objective when I
5   resigned.
6   Q   But not the EFL?
7   A   Yes, sir.
8   Q   Now, let me talk for a couple of minutes about
9   the damages that you've alleged that you -- that you --
10  that relate to the Goldmine database.  And, actually, why
11  don't we look at the exhibit that you put in yesterday on
12  that.  I don't know if you have it over there, but
13  Exhibit 29?
14  A   Which one is that because there is no 29 in my
15  book?
16  Q   Okay.  The chart of your Goldmine damages.
17      PANEL MEMBER ARKOOSH:  State the exhibit number
18  and try to write it in when it goes around.  Exhibit 29.
19  Totals 166,000 at the bottom.
20      THE WITNESS:  Yes, I have it.
21  Q   BY MR. CERESNEY:  Okay.  Great.
22      I want to go through some of those.  First of
23  all, let's establish up front, if UBS properly withheld
24  the Goldmine database from you, you are not entitled to
25  these damages; correct?

Page 598

1    A    No.
2         MR. SALESE:  Object.  Calls for legal
3    conclusion.
4         PANEL CHAIR NIELSON:  Objection.  Overruled.
5         You may answer.
6         THE WITNESS:  My answer is no.
7    Q    BY MR. CERESNEY:  So, that's a prerequisite.
8         Now, the first entry is $7,225 for the initial
9    software cost.  Do you see that?
10   A    Yes, sir.
11   Q    And those are costs that you paid when you
12   first put in the Goldmine system; right?
13   A    Correct.
14   Q    And these were costs, by the way, that were
15   borne by you; right?
16   A    Yes.
17   Q    By Mr. Rick Stark; correct?
18   A    Yes.
19   Q    Mr. Von Albrecht?
20   A    Yes.
21   Q    And by Mr. Edwards?
22   A    Yes.
23   Q    And by Mr. Barton?
24   A    Correct.
25   Q    So only some smaller portion of this amount was

3

Page 599

```
 1    actually borne by you and Mr. Rick Stark; correct?
 2        A    These are costs borne by the JRS Group.
 3        Q    But in terms of who paid them, a portion of
 4    these were paid by the other members; correct?
 5        A    Correct.  But it also are expenses prorated on
 6    the basis on the production, so the bulk of it was --
 7    about 80 percent was Rick and I.
 8        Q    80 percent you said?
 9        A    Yes.
10        Q    Why don't we mark as Exhibit 70 the invoices
11    relating to the Goldmine database.
12             (Respondent's Exhibit No. 70 was marked for
13    identification.)
14        Q    BY MR. CERESNEY:  Now, are these the invoices
15    and payments relating to Goldmine from 2001?
16        A    They are.
17             MR. CERESNEY:  I'd offer Exhibit 70.
18             MR. SALESE:  I have no objection.
19             PANEL CHAIR NIELSON:  There being no objection,
20    Respondent's Exhibit No. 70 is received in evidence.
21             (Respondent's Exhibit No. 70 was received in
22    evidence.)
23        Q    BY MR. CERESNEY:  Looking at this quickly, the
24    first page is what you paid, which was $2,745; correct?
25        A    Yes.
```

Page 600

Q    Second page is what Mr. Edwards paid $1,517; correct?

A    Correct.

Q    Third page is what Mr. Von Albrecht paid, which was $1,228; correct?

A    No. And I need to --

Q    I'm sorry, $2,312?

A    I need to -- I need to briefly clarify, Mr. Chairman.

PANEL CHAIR NIELSON: Proceed, go ahead.

THE WITNESS: This is an account that we had set up, that I and Rick funded to get the team going, okay. Just to reflect the breakdown of expenses, but this was an account -- you see my signature on the bottom, okay. We initially called ourselves SEB Group, we changed that rather quickly. That stood for Stark Edwards Von Albrecht and Barton. It was changed to JRS, Jim, Rick, Rick, Roger, and Stan. That's what that stood for. This is an account and that's my signature. So that was paid by me.

Q    BY MR. CERESNEY: Okay. So is it fair to say, though, that these were the costs that you paid at the initiation of the Goldmine database?

A    Correct.

Q    If you got back the Goldmine database, then you

Page 601

1  wouldn't have to redo these expenses; correct?
2      A    Correct.
3      Q    Okay.  And can we also agree that you had the
4  use of that database for eight years before you left UBS?
5  These are dated 2001.  So 2009, about eight years, seven
6  and a half years, I don't know?
7      A    Yes, correct.
8      Q    Okay.  And yet you are seeking to recover full
9  amounts of the upfront costs relating to the database;
10 correct?
11     A    Correct.
12     Q    Now, then if we look at your chart, the next
13 one is updates and maintenance.  Again, you got to use
14 that database during the seven and a half years at UBS;
15 correct?
16     A    Right.
17     Q    And then there is payroll for ongoing data
18 entry?
19     A    Correct.
20     Q    That's $147,000.
21     A    Uh-huh.
22     Q    Let me understand how you calculated this.  You
23 have here half an assistant's time spent on data entry
24 from February 1993 until June of 2009.
25     A    Correct.

**EXHIBIT 5**

Armand's Amazon.com   Today's Deals   Gift Cards   Help

| Shop by Department | Search | Software | Goldmine Software | Go | Hello, Armand Your Account | 0 Cart | Wish List |

Software   Best Sellers   Downloads   Mac   Business & Office   Operating Systems   Photo, Video & Design   Security & Antivirus   Children   Education



Click for larger image and other views



Share your own related images

### Goldmine Business Contact Manager (10-user)
by GoldMine
Platform: Windows NT / 98 / 2000 / Me / 95, Mac, Linux, Unix
Be the first to review this item  (0)

**Available from these sellers.**

**1 new** from $1,299.99

---

**1 new** from $1,299.99

Have one to sell?

Share

## System Requirements
**Platform:** Windows NT / 98 / 2000 / Me / 95, Mac, Linux, Unix
**Media:** CD-ROM
**Item Quantity:** 1

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

| **Contact Manager Software** | Outlook Based **Contact Manager.** Easy to Use, Track Sales Run Report | www.avidian.com/**Contact-Manager** |
| **GoldMine Contact Manager** | Get an Unbiased 3rd Party Review of **GoldMine Contact Management** System! | www.softwareadvice.com/**GoldMine** |
| **Client Mgmt Software** | Manage Customer Database Online w/ Zoho CRM Software. Try ZCRM Now! | www.zoho.com/ |

See a problem with these advertisements? Let us know

Advertise on Amazon

## Product Details
Want quick feedback? Text this product to a friend.

**Shipping Weight:** 2.6 pounds
**Shipping:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues.
**ASIN:** B00005UWHO
**Item model number:** GMSIP0059
**Date first available at Amazon.com:** May 10, 2002
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #50,185 in Software (See Top 100 in Software)

Would you like to update product info, give feedback on images, or tell us about a lower price?

## Product Description
### Amazon.com Product Description
GoldMine Business Contact Manager is a software solution for team-based contact management. It can be implemented out-of-the-box, offering the same automation benefits previously available only to larger corporations, and at a fraction of the cost and time. Effectively track and improve your customer interactions through collaborative contact management and increased visibility into your sales and forecasts. Make sure the right information is available to everyone on your team, from anywhere, at any time.

Business Contact Manager lets you see the combined status of all your pending sales. See a graphical representation of the stages, close dates, and potential revenue. Link the right people and documents to the overall process. Get instant access to a complete customer view and gain visibility into all your organization's interactions with a customer.