**LAW OFFICES OF ARMAND SALESE, PLLC**
**Armand Salese**
1717 N. Tucson Blvd.
Tucson, Arizona 85716
(520) 903-0825
PCCN 50468/AZBN 003002
as@saleselaw.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES H. STARK AND RICKY P. STARK, <br><br> Plaintiffs, <br><br> vs. <br><br> UBS FINANCIAL SERVICES, INC., <br><br> Defendant. | No. CIV12-422 TUC-RCC <br><br> AFFIDAVIT OF ARMAND SALESE |

STATE OF ARIZONA)ss:

Armand Salese, being first duly sworn, upon his oath deposes and states as follows:

1. I am the attorney of record for Plaintiffs James H. Stark and Ricky P. Stark in this proceeding.

2. I submit this affidavit in support of Plaintiffs' Reply Re: Motion to Vacate Arbitration Award and Response to Motion to Confirm Arbitration Award.

3. I was counsel for Plaintiffs in the arbitration proceeding and have personal knowledge of the facts set forth in this Affidavit.

4. Attached as Exhibit 1 to Plaintiffs' Reply Re: Motion to Vacate Arbitration Award and Response to Motion to Confirm Arbitration Award is a true and correct copy of a letter from J.R. Guthrie dated August 2, 2012 who I have spoken with personally regarding the contents of his letter.

5. Attached as Exhibit 2 to Plaintiffs' Reply Re: Motion to Vacate Arbitration Award and Response to Motion to Confirm Arbitration Award is a true and correct copy

1  of a letter from Sean Oseran dated May 24, 2012 who I have spoken with personally
2  regarding the contents of his letter.
3      6. Attached as Exhibit 3 to Plaintiffs' Reply Re: Motion to Vacate Arbitration
4  Award and Response to Motion to Confirm Arbitration Award is a true and correct copy
5  of a letter from Sean Oseran dated July 11, 2012 who I have spoken with personally
6  regarding the contents of his letter.
7      7. Attached as Exhibit 4 to Plaintiffs' Reply Re: Motion to Vacate Arbitration
8  Award and Response to Motion to Confirm Arbitration Award is a true and correct copy
9  of pages 597-601 of the arbitration transcript.
10     DATED this __3__ day of August, 2012.

_____
ARMAND SALESE

SUBSCRIBED AND SWORN TO before me this __3__ day of August, 2012 by ARMAND SALESE.

_____
Notary Public

My Commission Expires:
11-11-12

OFFICIAL SEAL
VICKI ADAMS
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Nov. 11, 2012

2