**LAW OFFICES OF ARMAND SALESE, PLLC**
**Armand Salese**
1717 N. Tucson Blvd.
Tucson, Arizona 85716
(520) 903-0825
PCCN 50468/AZBN 003002
as@saleselaw.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES H. STARK AND RICKY P. STARK, | No.  CIV12-422 TUC-RCC |
| Plaintiffs, | REQUEST FOR ORAL ARGUMENT |
| vs. | |
| UBS FINANCIAL SERVICES, INC., | |
| Defendant. | |

Plaintiffs, by and through their undersigned counsel, hereby request the Court to set oral argument on their Motion to Vacate Arbitration Award.  Plaintiffs' counsel has contacted Defendant's counsel to ascertain if he has any objection to Plaintiffs' request but has not received a response as of this date.

DATED this 19th day of September, 2012.

**LAW OFFICES OF ARMAND SALESE, PLLC**

/S/Armand Salese
**Armand Salese**
Attorney for Plaintiffs

I certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System on September 19, 2012.

/S/Vicki Adams
Vicki Adams
Assistant to Armand Salese