IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James H. Stark and Ricky P. Stark, | No. CV-12-422-TUC-RCC |
| Plaintiffs, | **ORDER SETTING ORAL ARGUMENT** |
| vs. | |
| UBS Financial Services Inc., | |
| Defendant. | |

Pending before the Court is Plaintiffs' Motion to Vacate Arbitration Award (Doc. 1). Oral argument has been requested, and all appropriate responses and replies have been filed. Accordingly,

**IT IS HEREBY ORDERED** that oral arguments on the aforementioned motion shall be held on **Tuesday, November 13, 2012 at 10:30 am** and will last for approximately **thirty (30) minutes**. Oral arguments will be held in front of the Honorable Raner Collins in Courtroom #5D located at the Evo A. DeConcini United States Courthouse, 405 W. Congress St., Tucson, Arizona 85701.

DATED this 28th day of September, 2012.

Raner C. Collins
United States District Judge