# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James Stark and Ricky Stark, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | 12-CV-422-TUC-RCC |
| | ) | |
| v. | ) | |
| | ) | |
| UBS Financial Services Inc, | ) | |
| | ) | |
| Defendant. | ) | |

\_\_\_  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered. The Arbitration Award is confirmed as to the monetary award to Defendant UBS. That to the extent this order confirms the arbitration panel's monetary award to Defendant UBS in the amount of $187,490.79 in favor of the defendant.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 16, 2012,  judgment is entered.

November 16, 2012

Brian D Karth
District Court Executive/Clerk

 s/   Lisa M Flores
By: Deputy Clerk