1   **LAW OFFICES OF ARMAND SALESE, PLLC**
    **Armand Salese**
2   1717 N. Tucson Blvd.
    Tucson, Arizona 85716
3   (520) 903-0825
    PCCN 50468/AZBN 003002
4   as@saleselaw.com
    Attorney for Plaintiffs
5

6                 IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8   JAMES H. STARK AND RICKY P. STARK ,  )        No.  CIV12-422 TUC-RCC
                                         )
9        Plaintiffs,                     )        NOTICE OF ASSOCIATION
                                         )        OF COUNSEL
10  vs.                                  )
                                         )
11  UBS FINANCIAL SERVICES, INC.,        )
                                         )
12       Defendant.                      )
    _____)
13
            Plaintiffs, by and through their undersigned counsel, hereby give notice that they
14
    are associating in Gerald Maltz, Esq. of Haralson, Miller, Pitt, Feldman & McAnally,
15
    PLC as their attorney of record in this matter.  Mr. Maltz's contact information is as
16
    follows:
17
                            Gerald Maltz, Esq.
18          Haralson, Miller, Pitt, Feldman & McAnally, PLC
                            1 S. Church, Ste. 900
19                          Tucson, AZ 85701
                            (520) 792-3836
20                          Fax: 624-5080
                            gmaltz@hmpmlaw.com
21
            DATED this 26th day of November, 2012.
22
                                    **LAW OFFICES OF ARMAND SALESE, PLLC**
23

24                                  /S/Armand Salese
                                    **Armand Salese**
25                                  Attorney for Plaintiff

26

27

28

1

I certify that I electronically
transmitted the foregoing
2   document to the Clerk's Office
using the CM/ECF System
3   on November 26, 2012.

4   /S/Vicki Adams
Vicki Adams
5   Assistant to Armand Salese

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                            2