**LAW OFFICE OF ARMAND SALESE, PLLC**
**Armand Salese, SBN 003002**
1717 North Tucson Boulevard
Tucson, Arizona 85716
Telephone: (520) 903-0825
Email: as@saleselaw.com

**HARALSON, MILLER, PITT,**
**FELDMAN & McANALLY, PLC**
**Gerald Maltz, SBN 4908**
One South Church Avenue, Suite 900
Tucson, Arizona 85701
Telephone: (520) 792-3836
Facsimile: (520) 624-5080
Email: gmaltz@hmpmlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| JAMES H. STARK and RICKY P. STARK, | NO. CIV12-422 TUC-RCC |
|---|---|
| Plaintiffs, | **REPLY DECLARATION OF JAMES H. STARK** |
| v. | |
| UBS FINANCIAL SERVICES, INC., | |
| Defendant. | |

I declare under the penalty of perjury that the following is true and correct:

1. I make this Declaration to address two of a number of inaccuracies in the Response by UBS (Dkt. 21).

2. It is not true that UBS has been attempting "to collect" the loan since June 2009. In connection with our separation from UBS the issue of the pro-rata forgivable loan was related to UBS making right on the issues we raised, including our Goldmine data base.

3.      UBS's counsel's characterization of Goldmine as "worthless" demonstrates a lack of understanding or disregard of how data base worked for us. Based on our experience, there is no necessary inverse correlation between age of data and its value. In fact, in many cases, our experience has been to the contrary. It was one of the principal reasons that UBS recruited us from Merrill Lynch and why UBS refused to return the system to us when we left.

Dated: December 31, 2012.
Tucson, Arizona

_____
James H. Stark