**HARALSON, MILLER, PITT,
FELDMAN & McANALLY, PLC**
**Gerald Maltz, SBN 4908**
One South Church Avenue, Suite 900
Tucson, Arizona  85701
Telephone:  (520) 792-3836
Facsimile:  (520) 624-5080
Email:  gmaltz@hmpmlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES H. STARK and RICKY P. STARK,<br><br>           Plaintiffs,<br><br>     v.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>           Defendant. | NO. CIV12-422 TUC-RCC<br><br>**SECOND NOTICE OF STATUS OF REMAND** |

The hearing before the FINRA Panel is scheduled for August 15-16, 2013.

Dated this 17th day of July, 2013.

                    HARALSON, MILLER, PITT,
                    FELDMAN & McANALLY, PLC


                    By  /s/Gerald Maltz
                         Gerald Maltz
                         Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I certify that on July 17, 2013 this document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Nancy Cohn_____